**ESTEBAN TRINIDAD LAW, P.C.**
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada 89130
Telephone: (702) 736-5297
Facsimile: (702) 736-5299

Attorney for Plaintiff,
DONALD PETERS

# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF NEVADA

| | |
|---|---|
| DONALD PETERS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HOTSPUR CASINOS NEVADA, INC.; a Nevada Corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendant. | Case No.  2:14-cv-02142-RFB-CWH |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff DONALD PETERS, through his attorney M. Lani Esteban-Trinidad, and Defendant HOTSPUR CASINOS NEVADA, INC., through its attorney of record Malani L. Kotchka, hereby stipulate and agree that Plaintiff's complaint and all claims and causes of action expressed therein against Defendant and Defendant's potential counterclaims against Plaintiff in the above captioned action shall be and hereby are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

I hereby agree to the foregoing stipulation and dismissal of claims.

_/s/ Donald Peters_
Donald Peters

…

…

-1-

1  DATED this 26th day of May, 2015.

2  Respectfully Submitted By:                    Respectfully Submitted By:
3  **Esteban-Trinidad Law, PC**                  **Hejmanowski & McCrea, LLC**
   By: /s/ M. Lani Esteban-Trinidad              By:  /s/ Malani L. Kotchka
4  M. Lani Esteban-Trinidad                      Malani L. Kotchka
   Nevada Bar No. 006967                         520 South Fourth Street, Suite 320
5  4315 North Rancho Drive, Suite 110            Las Vegas, Nevada 89101
   Las Vegas, Nevada 89130
6  Attorney for Plaintiff                        Attorney for Defendant

7
8                                    ORDER
9
10 IT IS SO ORDERED:
11
12
13                                               _____
                                                 RICHARD F. BOULWARE, II
14                                               United States District Judge

15                                               DATED this  1st day of June, 2015.

-2-